UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL LOTT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-14010-WBV-MBN** |
| **JOSEPH LOPINTO, ET AL.** | **SECTION: D (5)** |

### ORDER

The Court, having considered Defendants' [sic] Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12(C) Or, Alternatively, For Summary Judgment Pursuant to F.R.C.P. 56,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of any party to file an objection to the Magistrate's Report and Recommendation,[3] hereby approves and adopts the Report and Recommendation of the United States Magistrate Judge as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' [sic] Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. 12(C) Or, Alternatively, For Summary Judgment Pursuant to F.R.C.P. 56,[4] filed by defendant, Joseph P. Lopinto, is **GRANTED** and Plaintiff's claims against Sheriff Joseph Lopinto are **DISMISSED**

---

[1] R. Doc. 25. The Motion was filed on July 20, 2020. As of the date of this Order, the Motion is unopposed.
[2] R. Doc. 27.
[3] The Court notes that objections to the Magistrate Judge's Report and Recommendation were due by September 8, 2020. Because Plaintiff is proceeding *pro se*, the Court afforded him an additional 14 days to file objections. As of the date of this Order, no objections have been filed.
[4] R. Doc. 25.

**WITH PREJUDICE** until such time as the conditions of *Heck v. Humphrey*, 512 U.S. 477 (1994) are met.

New Orleans, Louisiana, September 21, 2020.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**