UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL HARRISON LOTT** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-14010-WBV** |
| **JOSEPH LOPINTO, ET AL.** | **SECTION: "D"(5)** |

## ORDER

The Court, having considered the Complaint (R. Doc. 5), the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 32), and the failure of plaintiff, Michael Harrison Lott, to file any objections to the Magistrate Judge's Report and Recommendation, and further, having given Plaintiff additional time to file objections considering Plaintiff's *pro se* status, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's 42 U.S.C. § 1983 claims against defendants, Deputy Joshua Porche, Deputy M. Perez, and Captain Alex Norman, are **DISMISSED WITH PREJUDICE** until such time as the conditions of *Heck v. Humphrey*, 512 U.S. 477 (1994) are met.

**IT IS FURTHER ORDERED** that Plaintiff's 42 U.S.C. § 1983 claim against defendant, James Willie of Walmart, is **DISMISSED** as frivolous and for failing to

state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), 28 U.S.C. § 1915A(b)(1), and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, February 22, 2021.

*[signature]*
**WENDY B. VITTER**
**United States District Judge**